■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v MICHAEL PLATT, Defendant. [992 NYS2d 899]—Application by the appellant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Richmond County, rendered September 25, 2009.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Balkin, J.P., Leventhal, Maltese and Barros, JJ., concur.